TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
LANE, MAXINE A § Case No. 14-02607
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/18/2014 in Courtroom 613,
United States Bankruptcy Court
219 South Dearborn
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/21/2014          By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
LANE, MAXINE A § Case No. 14-02607
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,134.00 |
| and approved disbursements of | $ | 21.69 |
| leaving a balance on hand of[1] | $ | 8,112.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Wells Fargo Bank, N.A. | $ 980.00 | $ 980.00 | $ 0.00 | $ 980.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 980.00 |
| Remaining Balance | $ 7,132.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,563.40 | $ 0.00 | $ 1,563.40 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,563.40 |
| Remaining Balance | $ 5,568.91 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,110.06  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 1,334.41 | $ 0.00 | $ 123.63 |
| 000002 | Discover Bank | $ 16,228.59 | $ 0.00 | $ 1,503.50 |
| 000003 | US Dept of Education c/o Nelnet | $ 23,332.32 | $ 0.00 | $ 2,161.63 |
| 000004 | Capital One, N.A. | $ 1,094.56 | $ 0.00 | $ 101.41 |
| 000006 | Fed Loan Serv | $ 1,248.36 | $ 0.00 | $ 115.65 |
| 000007 | PYOD, LLC its successors & assigns | $ 12,707.86 | $ 0.00 | $ 1,177.32 |
| 000008 | PYOD, LLC its successors & assigns | $ 4,163.96 | $ 0.00 | $ 385.77 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,568.91 |

    Remaining Balance                                                                $                0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                    Prepared By: /s/Philip V. Martino
                                                                             Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-02607-TAB
Maxine A Lane                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen                Page 1 of 1        Date Rcvd: Oct 22, 2014
                              Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
db              +Maxine A Lane,    19689 Savoy Lane,    Lynwood, IL 60411-8639
21463603       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank,     Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,
                  Kansas City, MO 64195)
21979673         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21463600        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21463608        +Fed Loan Serv,    Pob 69184,    Harrisburg, PA 17106-9184
21463610         Loancare Servicing Ctr,    PO BOX 8058,    Virginia Beach, VA 23450
22099799        +PYOD, LLC its successors & assigns,    as assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21463611        +The Limited/WFNNB,    Wfnnb/Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
21979688         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
21463613        +Wf Health Ad,    Po Box 94498,    Las Vegas, NV 89193-4498
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21463604        +E-mail/Text: electronicbkydocs@nelnet.net Oct 23 2014 01:28:04      Dept Of Education/neln,
                  121 S 13th St,    Lincoln, NE 68508-1904
21772568         E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2014 01:38:07      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21463607        +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2014 01:38:07      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
21463609        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 23 2014 01:27:11      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21771155         E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2014 01:27:42
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21847941         E-mail/Text: electronicbkydocs@nelnet.net Oct 23 2014 01:28:04
                  US Dept of Education c/o Nelnet,    U.S. Dept of Education,    3015 South Parker Road Suite 400,
                  Aurora CO 80014-2904
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21463612*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Unvl/citi,     Attn.: Centralized  Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
21463601*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21463602*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21463605*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
21463606*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
                                                                                      TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
              David Gallagher    on behalf of Debtor Maxine A Lane dgallagher@lawsolutionsbk.com,
               dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
              Nisha B Parikh    on behalf of Creditor    Freedom Mortgage Corporation nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 4