TIMOTHY A. BARNES
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
LANE, MAXINE A                      §         Case No. 14-02607
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Loancare Servicing Ctr PO BOX 8058 Virginia Beach, VA 23450 |  |  |  |  |  |
| 000005 | WELLS FARGO BANK, N.A. |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 |  |  |  |  |  |
|  | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 |  |  |  |  |  |
|  | Fed Loan Serv Pob 69184 Harrisburg, PA 17106 |  |  |  |  |  |
| 000004 | CAPITAL ONE, N.A. |  |  |  |  |  |
| 000002 | DISCOVER BANK |  |  |  |  |  |
| 000006 | FED LOAN SERV |  |  |  |  |  |
| 000007 | PYOD, LLC ITS SUCCESSORS & ASSIGNS |  |  |  |  |  |
| 000008 | PYOD, LLC ITS SUCCESSORS & ASSIGNS |  |  |  |  |  |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | US DEPT OF EDUCATION C/O NELNET | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-02607 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | LANE, MAXINE A | | | Date Filed (f) or Converted (c): | 01/28/14 (f) |
| | | | | 341(a) Meeting Date: | 03/05/14 |
| For Period Ending: | 01/13/15 | | | Claims Bar Date: | 07/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT: 19689 SAVOY LANE, LYNWOOD, | 168,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH CHASE | 1,050.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH CASE | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 6. 401K WITH EMPLOYER | 7,414.11 | 0.00 | | 0.00 | FA |
| 7. 2013 ANTICIPATED TAX REFUND $10,000 WITH $1,400. | 0.00 | 8,134.00 | | 8,134.00 | FA |
| 8. GUMBALL MACHINES | 250.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $180,064.11 $8,134.00 $8,134.00

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing scheduled 11/18/14

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.03b

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-02607 -TAB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | LANE, MAXINE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9911  Checking Account |
| Taxpayer ID No: | *******1537 | | |
| For Period Ending: | 01/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/14 | 7 | Maxine A. Lane | | 1124-000 | 8,134.00 | | 8,134.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,124.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.69 | 8,112.31 |
| 11/19/14 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,563.40 | 6,548.91 |
| 11/19/14 | 005002 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Claim 000005, Payment 100.00000%<br>(5-1) TLC CHICAGO WESTCHESTER | 4210-000 | | 980.00 | 5,568.91 |
| 11/19/14 | 005003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 9.26477%<br>(1-1) Unsecured Debt | 7100-000 | | 123.63 | 5,445.28 |
| 11/19/14 | 005004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 9.26451% | 7100-000 | | 1,503.50 | 3,941.78 |
| 11/19/14 | 005005 | US Dept of Education c/o Nelnet<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 | Claim 000003, Payment 9.26453%<br>(3-1) student loan | 7100-000 | | 2,161.63 | 1,780.15 |
| 11/19/14 | 005006 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 9.26491%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 101.41 | 1,678.74 |
| 11/19/14 | 005007 | Fed Loan Serv<br>Pob 69184<br>Harrisburg, PA 17106 | Claim 000006, Payment 9.26415% | 7100-000 | | 115.65 | 1,563.09 |
| 11/19/14 | 005008 | PYOD, LLC its successors & assigns<br>as assignee of Citibank, N.A.<br>Resurgent Capital Services | Claim 000007, Payment 9.26450% | 7100-000 | | 1,177.32 | 385.77 |
| | | | Page Subtotals | | 8,134.00 | 7,748.23 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02607 -TAB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | LANE, MAXINE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9911  Checking Account |
| Taxpayer ID No: | *******1537 | | |
| For Period Ending: | 01/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/19/14 | 005009 | PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors & assigns<br>as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000008, Payment 9.26450% | 7100-000 | | 385.77 | 0.00 |

```
                                      COLUMN TOTALS                    8,134.00      8,134.00          0.00
                                      Less: Bank Transfers/CD's            0.00          0.00
                                      Subtotal                         8,134.00      8,134.00
                                      Less: Payments to Debtors                          0.00
                                      Net                              8,134.00      8,134.00

                                                                                        NET          ACCOUNT
                    TOTAL - ALL ACCOUNTS                            NET DEPOSITS  DISBURSEMENTS      BALANCE
                    Checking Account - ********9911                    8,134.00      8,134.00          0.00
                                                                   -------------- -------------- --------------
                                                                       8,134.00      8,134.00          0.00
                                                                   ============== ============== ==============
                                                                   (Excludes Account (Excludes Payments  Total Funds
                                                                      Transfers)      To Debtors)     On Hand
```

Page Subtotals        0.00        385.77

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*